

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 20, 2025

**BY ECF**
The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jose Vizcarrando*, 25 Cr. 159 (JSR)

Dear Judge Rakoff:

    As discussed at the proceeding held in this matter earlier today, November 20, 2025, enclosed is a stipulation between the parties as to a corrected version of the Information filed in this case that corrects a typographical error with respect to the spelling of the defendant's name, together with the corrected filing.

                              Respectfully submitted,

                              JAY CLAYTON
                            United States Attorney

          By:    */s/ Benjamin M. Burkett*
                            Benjamin M. Burkett
                            Assistant United States Attorney
                            (212) 637-2455

Cc: Counsel of Record (by ECF)

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE VIZCARRONDO,<br><br>               Defendant. | **STIPULATION**<br><br>25 Cr. 159 (JSR) |

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA, by JAY CLAYTON, United States Attorney for the Southern District of New York; Benjamin M. Burkett, Assistant United States Attorney, of counsel; and JOSE VIZCARRONDO, the defendant, by and through the consent of his attorney, John L. Russo, Esq., that the attached corrected Information, which corrects a typographical error in the spelling of the defendant's name and contains no other edits, may be accepted by the Court and filed in this matter, as agreed to on the record by the parties at the proceeding held in this matter today, November 20, 2025.

                                                JAY CLAYTON
                                                United States Attorney
                                                Southern District of New York

November 20, 2025                By: _/s/ Benjamin M. Burkett_____
                                                BENJAMIN M. BURKETT
                                                Assistant United States Attorney

November 20, 2025                By:  /s/ John Russo_____
                                                JOHN L. RUSSO, ESQ.
                                                Attorneys for Defendant Jose Vizcarrondo

SO ORDERED
_/s/ Jed S. Rakoff_____
      JSR
11-21-25

# Exhibit B

Case 1:25-cr-00159-JSR   Document 49     Filed 11/24/25   Page 5 of 6
Case 1:25-cr-00159-JSR   Document 48-2   Filed 11/20/25   Page 2 of 3
Case 1:25-cr-00159-JSR   Document 35    Filed 04/10/25   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **INFORMATION** |
|---|---|
| v. | 25 Cr. |
| JOSE VIZCARRANDO, | |
| Defendant. | |

**25 CRM 159**

## COUNT ONE
(Narcotics Conspiracy)

The United States Attorney charges:

1. In or about April 2024, in the Southern District of New York and elsewhere, JOSE VIZCARRANDO, the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled-substance laws of the United States.

2. It was a part and an object of the conspiracy that JOSE VIZCARRANDO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were: (i) 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine; (ii) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl; (iii) 100 grams and more of mixtures and substances containing a detectable amount of fentanyl analogue; (iv) five kilograms and more of mixtures and substances containing a detectable amount of cocaine; and (v) 280 grams and more of mixtures and substances containing a detectable amounts of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

Case 1:25-cr-00159-JSR   Document 49    Filed 11/24/25   Page 6 of 6
Case 1:25-cr-00159-JSR   Document 48-2  Filed 11/20/25   Page 3 of 3
Case 1:25-cr-00159-JSR   Document 35    Filed 04/10/25   Page 2 of 2

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Count One of this Information, JOSE VIZCARRANDO, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*[signature]*
MATTHEW PODOLSKY
Acting United States Attorney