**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

**UNITED STATES OF AMERICA,**                    **ORDER**

                **Case No.: 25 CR 159-001(JSR)**

        **-against-**

**JOSE VIZCARRANDO**


          **Defendant**
-------------------------------------------------------X

    **JED S. RAKOFF, United Stated District Judge:**


      The voluntary surrender date scheduled for January 13, 2026, is now adjourned to February 3, 2026.

                                        SO ORDERED.

Dated: Queens, New York
       January 8, 2026

                                _____
                                JED S. RAKOFF
                                United States District Judge